**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARIA C. CASTILLO,                    No. C-15-2353 MMC

12              Plaintiff,                 **ORDER DIRECTING DEFENDANT TO**
                                           **SUBMIT CHAMBERS COPIES OF**
13      v.                                 **DOCUMENTS**

14   WELLS FARGO BANK, N.A.; NDEX WEST,
     LLC; and DOES 1 through 50, inclusive,
15
                Defendants.
16   _____/

17
            On June 16, 2015, the above-titled action was reassigned to the undersigned.

18
            To facilitate the Court's review of the case, defendant Wells Fargo Bank, N.A. is

19
     hereby DIRECTED to submit forthwith a chambers copy of its notice of removal, filed May

20
     27, 2015, motion to dismiss, filed June 3, 2015, and request for judicial notice, filed June 3,

21
     2015.

22
            **IT IS SO ORDERED.**

23

24
     Dated: June 17, 2015                   _____
25
                                            MAXINE M. CHESNEY
26                                          United States District Judge

27

28