IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA C. CASTILLO,<br><br>　　　　Plaintiff,<br>　v.<br>WELLS FARGO BANK, N.A., NDEX WEST LLC,<br><br>　　　　Defendants.　　　　　　　　／ | No. C-15-2353 MMC<br><br>**ORDER DISMISSING ACTION** |

　　　By order filed July 17, 2015, the Court dismissed plaintiff Maria C. Castillo's complaint, with leave to amend no later than August 3, 2015.  Plaintiff has not filed an amended complaint within the time provided.

　　　Accordingly, the above-titled action is hereby DISMISSED, without further leave to amend.

　　　The Clerk of Court is directed to close the file.

　　　**IT IS SO ORDERED.**

Dated: August 5, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge