IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA C. CASTILLO,

        Plaintiff,

v.

WELLS FARGO BANK, N.A., NDEX WEST LLC,

        Defendants.
        _____/

No. CV-15-2353 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The above-titled action is hereby DISMISSED, without further leave to amend.

Dated: August 6, 2015

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk